UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO HOLDINGS, INC.; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00710-LJO-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 24)** |

　　　The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 24 at 2) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than October 23, 2020**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**September 21, 2020**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE FACT AND EXPERT DISCOVERY CUTOFF DEADLINES

62069223v.1