UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>WINCO HOLDINGS, INC.; DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 1:19-cv-00710-NONE-JLT<br><br>**ORDER DIRECTING THE CLERK TO ASSIGN A DISTRICT JUDGE AND CLOSING THE CASE**<br><br>**(Doc. 26)** |

    The parties have stipulated to the action being dismissed with prejudice. (Doc. 26) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case and to close this action.

IT IS SO ORDERED.

    Dated:   **October 7, 2020**             **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE